UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JUSTIN BARKLEY, AL FATA, BRIAN PHILLIPS and JERRY J. WALSH, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>PIZZA HUT OF AMERICA, INC., and YUM! BRANDS, INC.,<br><br>      Defendants. | CASE NO. 6:14-cv-376-orl-18DAB<br><br><br>ECF CASE |

**MOTION FOR CLASS CERTIFICATION AND TO SUSPEND
BRIEFING PENDING COMPLETION OF RELEVANT DISCOVERY**

COMES NOW Plaintiffs Justin Barkley, Al Fata, Brian Phillips, and Jerry J. Walsh ("Plaintiffs"), by their undersigned attorneys, individually and on behalf of others similarly situated, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and herewith respectfully request that this Court certify a class of all delivery drivers employed by Pizza Hut of America, Inc. ("Pizza Hut of America") or Yum! Brands, Inc. ("Yum!") (collectively, "Pizza Hut" or "Defendants") in Florida since July 13, 2007 who have been and/or are being paid an hourly wage below Florida's minimum wage, due to Defendants' under-reimbursement. Plaintiffs also request that the filing of suggestions in support of their motion to certify a class be suspended until discovery germane to class certification has been completed. Plaintiffs recognize that a motion for class certification cannot be decided in the absence of certain factual showings, but they file this motion to prevent Defendants from attempting to "pick off" the named Plaintiffs in

this action by making a Rule 68 offer of judgment before this Court can reasonably evaluate the propriety of certifying a class.

WHEREFORE, Plaintiffs respectfully request the Court suspend the Local Rule 4.04 requirement that Plaintiffs file suggestions contemporaneously with their motion until germane discovery has been completed.

Dated: March 11, 2014

                                              Respectfully submitted,

                                              **MORGAN & MORGAN, P.A.**

                                              **/s/ C. RYAN MORGAN**
                                              C. Ryan Morgan, Esq.
                                              Morgan & Morgan, P.A.
                                              20 North Orange Avenue, 14th Floor
                                              Orlando, Florida 32801
                                              Tel: (407) 418-2069
                                              Fax: (407) 245-3401
                                              Email: RMorgan@forthepeople.com

Of Counsel:

Jeremiah Frei-Pearson (*Pro Hac Vice* forthcoming)
Meiselman, Packman, Nealon, Scialabba & Baker, P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone:  (914) 517-5000
Facsimile:  (914) 517-5055
jfrei-pearson@mpnsb.com

                              *Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ **C. RYAN MORGAN**
C. Ryan Morgan, Esq.