**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JUSTIN BARKLEY, BRIAN PHILLIPS
and JERRY J. WALSH,**

    **Plaintiffs,**

**v.**                                          **Case No:   6:14-cv-376-Orl-37DAB**

**PIZZA HUT OF AMERICA, INC. and
YUM! BRANDS, INC.,**

    **Defendants.**

## ORDER OF DISMISSAL

Before the Court is a Joint Stipulation Dismissing Yum! Brands, Inc. (Doc. 72), filed September 2, 2014.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(I), this case is hereby **DISMISSED** as to Defendant Yum! Brands, Inc. without prejudice.

**DONE AND ORDERED** at Orlando, Florida, this 8th day of September, 2014.

_____
ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record