## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JUSTIN BARKLEY, BRIAN PHILLIPS and
JERRY J. WALSH, individually and on behalf
of all others similarly situated,

          Plaintiffs,

v.

PIZZA HUT OF AMERICA, INC.,

          Defendant.

CASE NO. 6:14-cv-00376-RBD-DAB

**ECF CASE**

## DECLARATION OF JEREMIAH FREI-PEARSON
## IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

JEREMIAH FREI-PEARSON, ESQ., an attorney admitted to the practice of law in the

State of New York, declares the following, pursuant to 28 U.S.C. § 1746:

1.      I am a partner in the law firm of Finkelstein, Blankinship, Frei-Pearson & Garber,

LLP ("FBFG"), attorneys for Plaintiffs in the above-captioned action.  I respectfully submit this

Declaration In Support Of Plaintiffs' Justin Barkley, Brian Phillips and Jerry J. Walsh's

("Plaintiffs") Motion for Class Certification.

**CLASS PROCEEDINGS ARE SUPERIOR TO INDIVIDUAL PROCEEDINGS**

2.      Plaintiffs Walsh and Phillips were class members in *Hanna v. CFL Pizza*, No. 05-

2011-CA-52949 (Fla. Cir. Ct. Brevard Cty), a class action against a Pizza Hut franchisee who

purchased its stores from Pizza Hut in 2009 and who, for a time, continued with the unlawful

practices at issue here.  *Hanna* settled on a class-wide basis after less than two years of hard-

fought litigation in state and federal court.  *See Hanna v. CFL Pizza, LLC*, No. 05-2011-CA-

52949 (Fla. Cir. Ct. Brevard Cty. Sep. 3, 2013) (approving class-wide settlement).  In *Hanna* the

parties had discovery disputes, but, after conferring, were able to resolve those disputes without involving the court in motion practice.  Similarly, in the instant case, the parties have had discovery disputes, but to date have been able to work together so as to avoid involving the court in discovery motion practice. ███████████████████████████

████████████████████████████████████

████████████████

    3.    ███████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████

    4.    ███████████████████████████

██████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████

    5.    ███████████████████████████

██████████████████████████████████

██████████████████████████████████████

    6.    ████████████████████████████

████████████████████████████████████



7.

8.

9.



10.

11.

12.

13.



14. ██████████████████████████████████████
████████████████████████████████████
███████████████████████████████████████
█████████████████████████████

15. ███████████████████████████████████████
██████████████████

16. ██████████████████████████████████████
████████████████████████████████████
██████████████

17. █████████████████████████████████████
████████ █████████████████████████████████
███████████████████████████

18. ███████████████████████████████████
█████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
██████████████████████████

19. ██████████████████████████████████████
███████████████████████████████████████

██
████████████████████████████████████████
████████████████████████████████████   ██
█████████████████████████████████████   ██
█████████████████████████████████████████



**THE NAMED PLAINTIFFS WILL ADEQUATELY REPRESENT THE CLASS**

23.    Plaintiffs have vigorously represented the class and will continue to vigorously prosecute this case on behalf of the class through trial if necessary.

24.    During the course of this litigation Plaintiffs have produced documents and provided written responses to Defendant's Interrogatories and to the Court's Interrogatories. Plaintiffs have kept abreast of the litigation and of settlement discussions.

25.    In addition, Mr. Walsh and Phillips sat for a deposition in this case.

26.    Mr. Barkley made himself available for a deposition on January 8 and January 22, 2015 that was taken off calendar in anticipation of mediation.

27.     When Pizza Hut again asked to reschedule the deposition, Mr. Barkley agreed to be deposed on July 29, 2015.  Unfortunately, because Mr. Barkley has been experiencing personal issues, Mr. Barkley was not able to be deposed on July 29.

28.     The parties are trying to schedule Mr. Barkley's deposition prior to the date when Pizza Hut's opposition to Plaintiffs' class certification motion is due.

29.     In the event Mr. Barkley remains unable to sit for a deposition prior to that date, Plaintiffs will withdraw Mr. Barkley as a class representative (though Mr. Barkley's individual case would survive).

## CLASS COUNSEL WILL ADEQUATELY REPRESENT THE CLASS

30.     I and my law firm, FBFG, will fairly and adequately represent the interests of all class members.  I and FBFG has a proven track record of zealously and successfully advancing the interests of class members in complex class actions.

31.     FBFG's attorneys are highly qualified and have extensive experience in complex civil litigation and consumer class actions.  We understand the duties imposed upon class counsel in consumer class actions, and have proven adept at all phases of litigation, from discovery and motion practice to trial and appeal or settlement.

32.     Among other honors, FBFG's partners have been recognized as "Super Lawyers" and have been selected by their peers as amongst the New York area's "Best Lawyers."  The firm's lawyers have been selected for admission to the Top Trial Lawyers in America™ and to the Litigation Counsel of America's Trial Lawyer Honorary Society, as well as inducted as Fellows in the American Bar Foundation.

33.     FBFG attorneys have successfully litigated complex class actions in federal and state courts all across the country, and have obtained successful results for clients against some

of the world's largest corporations, such as J.C. Penney, Wal-Mart and Costco.  A sampling of the Firm's more significant past and present cases can be found in the Firm's Resume attached hereto as Exhibit M.

34.     Indeed, FBFG attorneys have played a leading role in holding Pizza Hut accountable for the wage and hour practices at issue.

35.     FBFG is also counsel of record in numerous class actions throughout the country, including cases pending in the United States District Courts for the District of Massachusetts, Northern District of California, Central District of California, Southern, Eastern, and Western Districts of New York, District of New Jersey, District of Connecticut, District of Columbia, District of Nevada, as well as actions pending in the state courts of New York, New Jersey, Florida, and California.

36.     FBFG attorneys have the requisite knowledge of the substantive and procedural law to prosecute this class action.  FBFG has committed its resources to the vigorous litigation of this case, has identified appropriate claims, and has aggressively pursued discovery to establish the evidence necessary to obtain class certification.

## **GUEST CHECK DATA**



40.



41.

42.

43.

44.

45.

46.

---

[4] Plaintiffs did not review this data in connection with the mediation, as it was produced late in the process.

47.   ██████████████████████████████████████████

██████

## **MISCELLANEOUS**

48.   A review of the documents Pizza Hut produced in this litigation appears to indicate no regional variation in in reimbursement rates in Florida and that at all times Class Members in all Florida regions were reimbursed at an identical flat rate.

49.   In any event, the exact regional reimbursement rate is a variable that can be identified using Pizza Hut's records and easily accounted for in a damages calculation.

## **EXHIBITS**

50.   True and correct copies of the following are attached:

   a.   "Exhibit A" – A copy of the decision in *Behaien v. Pizza Hut*, No. 541415 (Cal. Sup. Ct. July 15, 2015) (certifying a state-wide class of all California Pizza Hut delivery drivers who were under-reimbursed pursuant to the policy at issue in the instant matter);

   b.   "Exhibit B" – *Oregel v. PACPizza LLC*, No. 12-01454 (Cal. Sup. Ct. Apt. 23, 2014) (certifying a statewide class against a Pizza Hut franchisee)

   c.   "Exhibit C" – A copy of the Final Arbitration Award for *In the Matter of the Arbitration between Robert Clark and Pizza Hut, Inc., et. al.,* AAA Case No. 33-20-1300-0399 (August 13, 2015 Arbitration Award) ("*Clark* Arbitration Award") (████████████████████████

   d.   "Exhibit D" – A copy of the Final Arbitration Award for *In the Matter of the Arbitration Between David Wright and Pizza Hut, Inc. et al.*, AAA Case No.

33-20-1300-0398 (August 13, 2015 Arbitration Award) (*Wright* Arbitration

award) ███████████████████████████

e.   "Exhibit E" – A copy of the Interim Arbitration Award for *In the Matter of the*

*Arbitration between Lauren Rausch and Pizza Hut, Inc. et al.*, AAA Case No.

33-20-1300-0513 (Dec. 22, 2014 Arbitration Award) ("*Rausch* Interim

Arbitration Award") ███████████████████████████

f.   "Exhibit F" – A copy of the Final Arbitration Award for *In the Matter of the*

*Arbitration between Lauren Rausch and Pizza Hut, Inc. et al.*, AAA Case No.

33-20-1300-0513 (Jun. 19, 2014 Arbitration Award) ("*Rausch* Final

Arbitration Award");

g.   "Exhibit G" – A copy of the Interim Arbitration Award for *In the Matter of*

*the Arbitration Between Marion Edinger and Pizza Hut, Inc. et al.*, AAA Case

No. 33-20-1400-0053 (Jan. 8, 2015 Arbitration Award) (*Edinger* Interim

Arbitration award) ███████████████████████████

h.   "Exhibit H" - A copy of the Expert Report and Declaration of Dr. Edward T.

Wolpert;

i.   "Exhibit I" - A copy of the Expert Report Dr. D. Paul Regan.

j.   "Exhibit J" – A copy of the 30(b)(6) deposition transcript of Erika Burkhardt;

k.   Exhibit K" – A copy of Pizza Hut's production bate stamped

"PHBarkley004519" establishing that in December of 2009, Pizza Hut

reimbursed all Class Members $0.86 per delivery;

l.   "Exhibit L" – A copy of the September 22, 2014 Hearing Transcript;

m. "Exhibit M" – A copy of Pizza Hut's production bate stamped

"PHBarkley00049329" establishing that the class has, at minimum, 1,010

members;

n. "Exhibit N" – A copy of the decision in *Hanna v. CFL Pizza*, No. 2011-

52949 (Fla. Cir. Ct. Brevard Cty), Final Approval Order at ¶ 5 (Sep. 3, 2013);

and

o. "Exhibit O" - A copy of FBFG's firm resume.

I declare this 9th day of September, 2015 under penalty of perjury that the foregoing is

true and correct.


/s/ Jeremiah Frei-Pearson
Jeremiah Frei-Pearson