# EXHIBIT "I"

**EXPERT REPORT**

**Of**

**D. PAUL REGAN CPA/CFF, CFE**

*JUSTIN BARKLEY, AL FATA, BRIAN PHILLIPS and JERRY J. WALSH, individually and on behalf of all others similarly situated,*

*Plaintiffs,*

*v.*

*PIZZA HUT OF AMERICA, INC., and YUM! BRANDS, INC.,*

*Defendants.*

Case No. 6:14-cv-376-orl-18DAB

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

**CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER**

## Table of Contents

I.   Introduction and Summary of Opinions ................................................................................. 1

   A.   Nature of Assignment ........................................................................................................ 1

   B.   Summary of Opinions ........................................................................................................ 1

   C.   Evidence Considered and Professional Standards Applied ............................................... 1

   D.   Qualifications .................................................................................................................... 2

   E.   Background ....................................................................................................................... 4

      1) Pizza Hut Reimbursement Rate .................................................................................... 4

      2) Actual Expense Method ............................................................................................... 5

      3) Pizza Hut Reimbursement Method .............................................................................. 6

II.  Basis of Opinions .................................................................................................................. 6

   A.   Pizza Hut Estimates for the Reimbursement Amount ...................................................... 6

   B.   Computed Pizza Hut Mileage Rate Per Mile ..................................................................... 8

   C.   Runzheimer Mileage Rate ................................................................................................. 9

      1) Background .................................................................................................................. 9

      2) Critiques of Runzheimer's Methodology ..................................................................... 9

      3) IRS Standard Mileage Reimbursement Rate ............................................................... 14

      4) AAA Standard Driving Costs ....................................................................................... 15

**I.     INTRODUCTION AND SUMMARY OF OPINIONS**

    **A.     NATURE OF ASSIGNMENT**

1. I have been retained on behalf of Justin Barkley, Al Fata, Brian Phillips and Jerry J. Walsh, and all others similarly situated, in the above-referenced matter by their class counsel, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP.  The named Plaintiffs' and class members ("Plaintiffs"), as pizza delivery drivers, have alleged that they were not paid the minimum hourly wage to which they are entitled because Defendant did not provide adequate reimbursement to offset their automobile expenses.  I have been asked to:

    a. Examine the reasonableness of Pizza Hut of America, Inc.'s ("Pizza Hut") actual reimbursement rates,

    b. To compare the Pizza Hut reimbursement rates to the amount that would have been paid under the IRS Standard Mileage Rates, and

    c. To estimate how the actual reimbursement rates affected the hourly wage of the delivery drivers.

    **B.     SUMMARY OF OPINIONS**

2. In connection with this assignment, I have reached the following opinions:

    a. The relatively low Pizza Hut calculated reimbursement rates and the high Florida driving costs demonstrate that Pizza Hut was not adequately reimbursing drivers for the costs of using their vehicles to make deliveries.

    b. Since Pizza Hut paid at or near the minimum wage during the class period,[1] its total compensation to its drivers, which included only a partial reimbursement to drivers for successful[2] deliveries, its compensation did not cover both the driving costs and the minimum wages due to any of their Florida drivers during the Class Period.

    **C.     EVIDENCE CONSIDERED AND PROFESSIONAL STANDARDS APPLIED**

3. As a testifying expert providing consulting services, I am bound by professional standards, including the duty to act with integrity and objectivity.  Consistent with those requirements, my opinions, expressed throughout this expert report, are my present opinions and are based on the information I have considered to date.  These

---

[1] Deposition of Erica Burkhardt, Pizza Hut Senior Counsel, June 11, 2015, page 78 line 16 through page 79 line 5.

[2] Since Pizza Hut does not reimburse drivers for unsuccessful deliveries ( per Declaration of Jerry J. Walsh, paragraphs 13 and 14), unless the costs incurred by its drivers for these "deliveries" has been included within its reimbursement amount per delivery, the drivers have not been reimbursed for the costs of these unsuccessful deliveries.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**   Page **1** of **17**

opinions are further based on my knowledge, training, and experience, as well as the various evidence cited in this report. This evidence is of the type that would ordinarily be relied on by an expert in accounting matters.

4. During this engagement, I have considered certain documents. These documents are identified in **Exhibit B**.

5. This report should not be construed as expressing opinions on matters of law, which are outside my expertise and are for the Court to determine. However, to the extent I have interpreted contracts, court cases, or other evidence, these interpretations necessarily reflect my understanding thereof from an accounting perspective.

6. In my work I have been assisted by others in my firm who have acted under my direction and control.[3] However, the opinions in this report are my own. I recognize that I am an expert witness, not a witness of fact. My understanding of the relevant facts comes from the documents and testimony, which I have considered.

7. I understand that this report may be made available to other parties in this litigation, to their counsel and experts, as well as to the Court. It has been prepared for use in this action. In all other respects, this report is confidential. It should not be used, reproduced or circulated for any other purpose, in whole or in part, without my prior written consent.

8. Hemming Morse, LLP, CPAs, forensic and financial consultants (HM), is being compensated for my services at $715 per hour, in accordance with its retention agreement in this matter. This compensation is not contingent on the outcome of this matter. My work on this matter is continuing and my opinions may be amended or supplemented as a result of additional study by me or additional information learned prior to or at trial. At trial, I may use exhibits referenced in this expert report or graphics illustrating concepts discussed in this expert report.

D.   QUALIFICATIONS

9. The following subsection describes key aspects of my qualifications. My expert qualifications are described in greater detail, including my testimony in the last four years and the publications I have authored, in my curriculum vitae, attached as **Exhibit A**.

10. I am a certified public accountant ("CPA"), continuously licensed by the State of California in the United States continuously since 1970. I am the Chairman of HM. HM is an accounting firm with more than 100 employees. My work in the accounting profession includes experience as an auditor and as a forensic consultant.

---

[3] As used herein, other than references to my education and experience, "I" and "We" shall mean either me personally or those HM personnel under my supervision. Likewise, "My," "Our," and "Us" shall refer to actions taken by me personally or by those HM personnel under my supervision.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**     Page **2** of **17**

11. I have been a CPA for more than 40 years. During these years, I have worked on more than 750 complex litigation matters. Many of these have required an extensive analysis and determination of damage-related issues. I have performed these analyses for large and small companies in the private sector, as well as for various states and federal agencies (e.g., Federal Deposit Insurance Corporation, Resolution Trust Corporation, U.S. Securities and Exchange Commission).

12. In addition, my auditing, consulting and/or testimony experience has involved companies with operations throughout the United States, including Florida, as well as in many other countries. During this period, I have testified as an expert in more than 125 trials and arbitrations and in more than 225 depositions. These cases were generally in state and federal courts.

13. I am a member of the California Society of Certified Public Accountants ("CalCPA"). I have served on its statewide Litigation Services Steering Committee since 1990 and I was its Chair during 2002 / 2004. This Steering Committee provides guidance to the more than 800 members of its four Operating Sections - (1) Business Valuation, (2) Economic Damages, (3) Fraud and (4) Family Law. For two and one-half years (through August of 1998), I was Chair of its 250 member Economic Damages Section. I served as Chair of the 28,000-member CalCPA during 2004 / 2005.

14. The American Institute of Certified Public Accountants ("AICPA") has a national Forensic and Litigation Services Committee ("FLSC") (formerly the Litigation and Dispute Resolution Subcommittee ("LDRS")). From 1998 until July of 2001, I served as one of the nine members of this national committee. The LDRS oversaw and provided guidance to the AICPA's 340,000 members in their practice as it relates to litigation consulting and dispute resolution. The LDRS also provided guidance and supervision to its subcommittees, which included Economic Damages, of which I was its Chairperson from 1999 to July 2001.

15. From August 2008 until October 2011, I served on the AICPA's Forensic and Valuation Services Executive Committee. This nine-person committee is the AICPA's standard setting body for these practice areas, including damages. I have also been designated by the AICPA as a CFF (Certified in Financial Forensics, which also includes damages).

16. I have consulted on, and testified in, a number of matters involving labor-related disputes. The most significant of these was Bell v. Farmers Insurance Exchange, a class action involving overtime computations for thousands of employees. I testified at trial in Estrada v. FedEx Ground, which involved issues of employment classification and expense reimbursement. I worked on and testified in Amaral v. Cintas and Ayon v. Cintas, in which I calculated damages based on averages because the employer did not retain adequate records. I also provided deposition testimony in the matters of Gomez v. Pizza Hut, Inc. of Southeast Kansas and Brian Behaein, Bersayna Clemente, Raquel Cruz, Boris Gnezdilov et al. v. Pizza Hut, Inc. where the quantification of under-reimbursed automobile expenses was at issue.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**     Page 3 of **17**

17. I have also consulted on, and testified in, a number of construction disputes involving the analysis and quantification of costs, such as equipment and vehicles, in order to determine that incurred costs are reasonable and applicable to the contract. I have performed these analyses for owners and contractors and on public and private sector projects, including missile systems, mass transit, hotels, highways and bridges, and hotel-casinos.

18. Many of the matters I have worked on required a review of employee expense reimbursements. These matters have involved the quantification and verification of disputed costs. I have performed these reviews for a liquor distributor, a food promoter, an energy product distributor, an insurance company, an ice cream distributor, and a chemical distributor with respect to travel expenses such as mileage, airfare, and lodging.

E. BACKGROUND

### 1) Pizza Hut Reimbursement Rate

19. Pizza Hut paid its delivery drivers a per delivery[4] reimbursement amount ranging from a low of $0.50 per delivery to a high of $1.06 per delivery from November 2, 2004 through December 31, 2012.[5] These reimbursements were paid for deliveries that

---

[4] The terms "order", "delivery order" and "delivery" may be used synonymously for describing one delivery to one physical address. A driver is paid a reimbursement amount for each successful delivery, they are not reimbursed for unsuccessful deliveries (Declaration of Jerry J. Walsh, paragraphs 13 and 14)). I have used the term "delivery" in this document. Note that multiple deliveries can be made in a single trip or dispatch by a driver.
[5] Barkley et al v Pizza Hut, First Amended Class Action Complaint, filed October 16, 2014, paragraph 25.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**       Page **4** of **17**

were approximately 5 miles in length.[6]  The following table shows three of the applicable reimbursement amounts paid by Pizza Hut during the class period.[7]

| Date | Payment Per Delivery | Source |
|---|---|---|
| 11/02/2004 | $0.50 | 1,2 |
| 2005 | $0.65 | 2 |
| 2/26/2006 | $0.70 | 2 |
| 11/1/06-12/11/06 | $0.78 | 3,4 |
| 12/12/06-3/19/07 | $0.73 | 3,4 |
| 3/20/07-4/30/07 | $0.78 | 3,4 |
| 5/1/07-3/19/08 | $0.83 | 3,4 |
| 3/20/08-6/2/08 | $0.93 | 3,4 |
| 6/3/08-6/23/08 | $0.98 | 3,4 |
| 6/24/08-10/6/08 | $1.03 | 3,4 |
| 10/7/08-11/17/08 | $0.98 | 3,4 |
| 11/18/08-12/31/08 | $0.88 | 3,4 |
| 1/1/09-5/25/09 | $0.81 | 3,4 |
| 3/10/2009 | $0.81 | 2 |
| 5/26/09-12/7/09 | $0.86 | 3,4 |
| 12/07/2009 | $0.86 | 3,4 |
| 5/25/10 | $0.91 | 5 |
| 1/11/11 | $0.96 | 6 |
| 3/8/11 | $1.01 | 7 |
| 4/26/11 | $1.06 | 8 |
| 2012 | $1.06 | 2, 9 |

### *2) Actual Expense Method*

20. It is my understanding that actual automobile expense records were not maintained by Pizza Hut.[8]   Because it did not track actual costs, Pizza Hut cannot use the actual expense method since it did not track gasoline, insurance, maintenance, registration or other automobile-related expenses incurred by its delivery drivers.  It is also my understanding that Pizza Hut did not require Plaintiffs to keep detailed records of

---

[6] Ibid, Paragraph 27.

[7] Source 1 - Ibid, Paragraph 25.  Source 2 – Deposition of Erica Burkhardt, Pizza Hut Senior Counsel (per her deposition, page 16, line 13), June 11, 2015, page 31, line 22; page 34, line 7; page 35, line 8; page 190, lines 13-22; page 139, line 15; page 103, line 11-13. Source 3 – Final Arbitration Award, David Wright v Pizza Hut, dated 8/13/2015, page 23.  Source 4 – Final Arbitration Award, Robert Clark v Pizza Hut, dated 8/13/2015, page 22-23; Source 5 – PHBarkley00001307; Source 6 – PHBarkley00001304; Source 7 – PHBarkley00001305; Source 8 – PHBarkley00001306; Source 9 – PHBarkley00000294.

[8] Deposition of Erica Burkhardt, June 11, 2015, page 55, line 11 through page 56, line 8.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**         Page **5** of **17**

amounts spent on their automobiles[9] as required under the "actual expense method".[10]

### 3) Pizza Hut Reimbursement Method

21. During the applicable class period, Pizza Hut reimbursed its delivery drivers for automotive expenses by paying them a per delivery amount.[11] The reimbursement amount was based on the results of various studies performed by Runzheimer International ("Runzheimer") as well as Pizza Hut's own estimates.[12] Pizza Hut was paying a reimbursement amount per delivery based on a formula that used a mileage rate assessed by Runzheimer.[13] The two other components of the reimbursement formula were average miles per trip and average orders per trip. Pizza Hut estimated both of these two components.[14] Pizza Hut's formula for developing these reimbursement amounts is:

$$\frac{\text{Cost to Operate Vehicle per Mile (from Runzheimer) X Average Round Trip}}{\text{Average Orders per Dispatch}}[15]$$

My criticisms of the reimbursement amounts, as employed by Pizza Hut, are discussed below. First, I address the estimates made by Pizza Hut and then I address the Runzheimer mileage rate.

## II. BASIS OF OPINIONS

### A. PIZZA HUT ESTIMATES FOR THE REIMBURSEMENT AMOUNT

22. Pizza Hut used 3.75 miles for the "Average Round Trip" and an "Average Orders per Dispatch" of 1.4 to 1.5.[16] When "Average Round Trip" mileage is divided by "Average Orders per Dispatch", the resulting number (or quotient) is Average Mileage per Delivery (an order is a delivery). Based on the estimates used by Pizza Hut, this is equivalent to between 2.50 miles and 2.68 miles per delivery (3.75 miles divided by 1.4 equals 2.68 miles; 3.75 miles divided by 1.5 equals 2.50 miles).

---

[9] Ibid.

[10] The IRS allows taxpayers to deduct automobile expenses when a taxpayer uses their automobile for business purposes per Tax Topics - Topic 510 Business Use of Car. The IRS allows taxpayers to compute their expense using one of two methods: the standard mileage rate method or the actual expense method. Quoting Topic 510, "To use the actual expense method, you must determine what it actually costs to operate the car for the portion of the overall use of the car that is business use. Include gas, oil, repairs, tires, insurance, registration fees, licenses, and depreciation (or lease payments) attributable to the portion of the total miles driven that are business miles."

[11] Deposition of Erica Burkhardt, Pizza Hut Senior Counsel, June 11, 2015, page 20 line 22 through page 21 line 17.

[12] Ibid, page 38 line 21 through page 39 line 10.

[13] Ibid.

[14] Ibid. See also page 91, lines 1-17 and page 113, lines 3 through 10.

[15] Ibid, page 39 lines 6-10.

[16] Ibid, page 91, lines 1-17 and page 113, lines 3 through 10.

23. The 3.75 miles per trip was based on studies done by Navigant Consulting, Inc. using Greater Los Angeles Area data (which resulted in an average delivery of 3.49 miles)[17] that was then extrapolated to Florida[18] as well as all other states.[19] Florida trade areas are, on average, significantly larger than the average California trade areas.[20] However, no studies were done of actual driving distances in Florida.[21]

24. In estimating an average mileage per delivery, I have relied upon the work of Plaintiffs' expert, Edward T. Wolpert, Ph.D. Dr. Wolpert analyzed Pizza Hut's delivery records and concluded that the average delivery mileage was between 5.7321 miles and 5.7649 miles with a 99 percent level of statistical confidence.[22] In calculating the average miles per delivery, Dr. Wolpert has used delivery records with zero mileage. If these zero mileage records were not included, the resulting average miles per delivery would be higher.[23]

25. I have declarations from eleven Pizza Hut drivers which state that they personally drove an average of at least five miles per delivery and that they believe their colleagues drove an average of at least five miles per delivery.[24]

26. In the four arbitration decisions provided to me, all delivery drivers claimed that their average delivery was at least five miles.[25,26,27,28] The arbitrators, based in part on a review of Pizza Hut's own documents, determined that the average delivery was at least five miles.[29,30,31,32] This is approximately twice the distance that Pizza Hut used

---

[17] Ibid, page 154 lines 13 through 18.
[18] Ibid, page 153 line 20 through page 154, line 3.
[19] Ibid, page 159 lines 11 through 16.
[20] According to the Navigant studies, the Greater L.A. Area had an average trade area of 11.1804 miles (PH004685); the three Florida sub-regions had average trade areas of 20.6603 square miles, 23.1721 square miles and 23.3513 square miles (PH004686) which are approximately twice the size of the average Greater L.A. Area trade area.
[21] Deposition of Erica Burkhardt, Pizza Hut Senior Counsel, June 11, 2015, page 156 lines 12 through 17.
[22] Declaration of Edward T. Wolpert, PH.D., September 4, 2015, paragraph 21.
[23] Ibid, paragraph 13.
[24] Declaration of Alfonso Fata, paragraph 4 and 6; Declaration of Christina Cardona, paragraphs 4 and 6; Declaration of Brian Phillips, paragraphs 5 and 7; Declaration of Robert Clark, paragraphs 4 and 6; Declaration of Becky Sikes, paragraphs 4 and 6; Declaration of Lauren Rausch, paragraphs 4 and 6; Declaration of David Wright, paragraphs 4 and 6; Declaration of Nathan Houston, paragraphs 4 and 6; Declaration of Jeffrey Pryor, paragraphs 4 and 6; Declaration of Jamie Rickman, paragraphs 4 and 6; Declaration of Jerry J. Walsh, paragraphs 5 and 7.
[25] Marion Edinger v Pizza Hut, Interim Award dated 1/8/2015, Page 2, paragraph 3.
[26] Final Arbitration Award, Robert Clark v Pizza Hut, dated 8/13/2015, page 9, last paragraph.
[27] Final Arbitration Award, David Wright v Pizza Hut, dated 8/13/2015, page 10, paragraph 1.
[28] Lauren Rausch v Pizza Hut, Interim Award of Arbitrator, dated 12/22/14, page 6, last paragraph.
[29] Marion Edinger v Pizza Hut, Interim Award dated 1/8/2015, Page 2, paragraphs 4 and 7.
[30] Final Arbitration Award, Robert Clark v Pizza Hut, dated 8/13/2015, page 22, first paragraph.
[31] Final Arbitration Award, David Wright v Pizza Hut, dated 8/13/2015, page 22, paragraph 2.
[32] Lauren Rausch v Pizza Hut, Interim Award of Arbitrator, dated 12/22/14, page 7, paragraph 2.

to calculate reimbursement (i.e. Pizza Hut used 2.5 and 2.68 miles per delivery, which is approximately half of the five miles alleged by the delivery drivers).

B.   COMPUTED PIZZA HUT MILEAGE RATE PER MILE

27. Given the expert opinion of Dr. Wolpert, the declarations of eleven Pizza Hut drivers, and the testimony in the arbitration cases cited above, for purposes of calculating a computed mileage rate, I use a five mile average delivery length. This is a conservative estimate of the delivery mileage as Dr. Wolpert found that the average delivery mileage was 5.75 miles.[33] Below, using that five miles, I have calculated a rate per mile for each reimbursement amount paid by Pizza Hut. Using Wolpert's 5.75 miles per delivery would result in an even lower rate per mile.

| Date | Payment Per Delivery | Rate per Mile (based on 5 miles per delivery) |
|---|---|---|
| 11/02/2004 | $0.50 | $0.100 |
| 2005 | $0.65 | $0.130 |
| 2/26/2006 | $0.70 | $0.140 |
| 11/1/06-12/11/06 | $0.78 | $0.156 |
| 12/12/06-3/19/07 | $0.73 | $0.146 |
| 3/20/07-4/30/07 | $0.78 | $0.156 |
| 5/1/07-3/19/08 | $0.83 | $0.166 |
| 3/20/08-6/2/08 | $0.93 | $0.186 |
| 6/3/08-6/23/08 | $0.98 | $0.196 |
| 6/24/08-10/6/08 | $1.03 | $0.206 |
| 10/7/08-11/17/08 | $0.98 | $0.196 |
| 11/18/08-12/31/08 | $0.88 | $0.176 |
| 1/1/09-5/25/09 | $0.81 | $0.162 |
| 3/10/2009 | $0.81 | $0.162 |
| 5/26/09-12/7/09 | $0.86 | $0.172 |
| 12/07/2009 | $0.86 | $0.172 |
| 5/25/10 | $0.91 | $0.182 |
| 1/11/11 | $0.96 | $0.192 |
| 3/8/11 | $1.01 | $0.202 |
| 4/26/11 | $1.06 | $0.212 |
| 2012 | $1.06 | $0.212 |

---

[33] Declaration of Edward T. Wolpert, PH.D., September 4, 2015, paragraph 21.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**        Page **8** of **17**

### C. RUNZHEIMER MILEAGE RATE

#### *1) Background*

28. Mileage reimbursement rates are generally based on two broad categories of expenses: fixed and operating (variable). Fixed costs included items such as depreciation, insurance, license and registration, and sales tax on the car purchase. These fixed costs to the driver generally do not increase or decrease with each mile driven. For example, the license and registration paid by the driver will be the same whether the vehicle is driven 5,000 miles or 20,000 miles. Costs such as insurance may vary slightly based on annual miles driven but are generally fixed. Variable costs included fuel and maintenance. These costs tend to increase as the number of miles increase, for example, the cost of fuel to a driver will be higher the more miles he or she drives. Estimating each of these costs to a Pizza Hut delivery requires assumptions, for example:

   a. Depreciation expense is based on the model and the year of car chosen, the number of years the car is owned, the purchase price of the vehicle, the estimated resale value of the car when ownership terminates, and the number of miles driven per year. Insurance expense varies based upon a multitude of factors including the driver's age, gender, marital status, length of time driving, credit score, number of driving infractions, where the driver lives and parks, deductible levels, types and extent of coverage, whether the driver has multiple cars or other assets insured by the same insurance company, miles driven, and whether the driver uses the car for commuting. License, registration and sales tax are costs typically impacted by assumptions regarding the type, cost and age of the car purchased.

   b. Fuel costs are based on the cost per gallon of the fuel paid by the driver, the type of car the driver uses, whether the vehicle is driven cautiously or aggressively, how the car is maintained, the type of terrain driven upon, the average speed driven, the amount of stops made, and whether air conditioning or other accessories are used. Maintenance is heavily dependent on the type and age of the car, miles driven per year, the type of terrain driven upon, and the miles driven in stop-and-go traffic versus a freeway.

29. Further, the fixed expenses require assumptions regarding how many miles per year are driven so the costs can be allocated on a per mileage basis

#### *2) Critiques of Runzheimer's Methodology*

30. Based on my review of the study performed by Runzheimer, I have the following critiques of the manner in which Runzheimer determined the estimated automotive expenses for Pizza Hut delivery drivers.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**      Page **9** of **17**

31. Runzheimer's fixed costs are based on a "standard vehicle" which was chosen to be a new model Toyota Camry depreciated over 7 years (average annual decrease in value from the time the vehicle was new until the time it is sold after seven years) and driven 20,000 miles per year.[34] The major components of fixed costs are depreciation and insurance, which comprise approximately 70 percent and 20 percent of fixed costs, respectively.[35]

32. According to the survey of Pizza Hut drivers (based on a national, not a Florida based sample, and covering a period prior to 2006), 12% of drivers drove a full size automobile, full size pick up, or sport utility vehicle, which likely cost more than the mid-size Camry.[36,37] Further, the 2005 Toyota Camry in the initial 2005 Runzheimer study was the second most inexpensive of the twenty-two midsize cars listed by Runzheimer.[38] The most expensive midsize cost $24,000, 23% more than the $19,500 Camry.

33. Depreciation, as calculated by Runzheimer, is dependent not only on the purchase price of the vehicle, but its resale value after seven years. Toyotas are consistently rated high for resale value, winning the "best brand" award for resale value for 2012 through 2014 from Kelley Blue Book.[39] The Camry is cited for its resale value, "a primary appeal of the Camry is its long-term value, as typified by its proven record of reliability and its legendary resale numbers."[40] The lower purchase price and higher resale value of the Toyota Camry would result in a lower amount of depreciation than would be found in many of the vehicles driven by delivery drivers. As a result, the cost per mile calculation used by Runzheimer would reflect a lower reimbursement rate than necessary for vehicles that do not retain their value (or cost more than the Toyota Camry).

34. For insurance, Runzheimer assumed the cost of only state mandated property damage and bodily injury in its initial 2005 study.[41] If drivers carry comprehensive and collision insurance, their premiums are higher. I was not provided information regarding Runzheimer's assumptions on the age, sex, marital status, or driving record

---

[34] Deposition of Erica Burkhardt, Pizza Hut Senior Counsel, June 11, 2015, page 40 lines 19-20 and page 63 lines 23-25. The Runzheimer Summary of Specifications dated December 12, 2005, Pereira000885.
[35] See for example, vehicle costs for Sarasota, FL (Pereira000997) where total fixed costs were $2,739 annually of which annual vehicle costs were $2,000 (73%) and insurance was $654 (24%), and license and registration was $85 (3%). This is based on a Corolla, not a Camry that was ultimately used for costing purposes.
[36] Standard Vehicle Identification, Sampling Procedure, Pereira000882. Driver Vehicle Sample Information, Pereira000887.
[37] There were also another 14.45% of drivers who drove a "compact truck" or "compact van" which may also have higher costs than a Camry (Pereira000887).
[38] 2005 Comparable Vehicle List Pereira000918.
[39] http://www.kbb.com/new-cars/best-resale-value-awards/best-brand/
[40] http://www.kbb.com/toyota/camry/2014-toyota-camry/
[41] Summary of Specifications, Pereira000885.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**     Page **10** of **17**

(i.e. number of speeding tickets or accidents). These factors significantly affect the cost of insurance.

35. In addition to questioning the bases for fixed costs such as depreciation and insurance, the Runzheimer calculations make a further assumption when allocating fixed costs to a per mile rate. Runzheimer assumes that a driver will drive 20,000 miles per year.[42] In the Runzheimer documents I reviewed, I saw no studies of how many miles Pizza Hut employees drove their vehicles per year. If Pizza Hut employees drove their cars only 10,000 or 15,000 miles per year, which are standard amounts used by AAA[43] to calculate cost per mile, then the fixed cost per mile would be higher. Specifically, for 10,000 miles per year, the fixed costs per mile would be double. For 15,000 miles per year, the fixed costs would be 50% higher. For example, during the class period when the Runzheimer fixed cost per mile (at 20,000 miles per year) were 13.7 cents per mile, drivers who drove only 10,000 miles per year would have had fixed costs per mile of 27.4 cents per mile.[44]

36. The discussions in paragraphs 31 through 35 address the fixed costs assessed by Runzheimer. Regarding variable costs, the largest component was fuel costs, which depends on the assumption regarding miles per gallon. In the 2005 Runzheimer study, fuel costs were approximately 60% of all variable costs and maintenance and tires were approximately 30 percent of all variable costs.[45] Fuel costs were updated for Pizza Hut on a monthly basis by Runzheimer using unleaded fuel costs of regular grade with a 0.5 cent "cushion" per gallon in the driver's favor.[46]

37. Miles per gallon were based on the new Toyota Camry with variations based on driving conditions (urban versus rural, for example). The study may have used 24 miles per gallon in city driving which is the EPA estimate for the 2006 Toyota Camry using the EPA's former method of calculating miles per gallon.[47] The new method adopted by the EPA in 2008 yields an MPG of 21 for city driving. The new method would raise fuel costs by 14%. Based on the 2006 Fuel Economy Guide, the 2006 Toyota Camry has the fifth highest "City MPG" fuel efficiency for all midsize unleaded gasoline vehicles.[48] The average miles per gallon of a Toyota Camry would exceed any of the less fuel efficient vehicles driven by Pizza Hut drivers. In addition, older vehicles, which represent 59% of the vehicles in the Runzheimer study, would likely

---

[42] Deposition of Erica Burkhardt, Pizza Hut Senior Counsel, June 11, 2015, page 63 lines 23-25.
[43] AAA is the American Automobile Association, which produces annual driving costs studies.
[44] Runzheimer fixed costs for Sarasota were $2739 per year (Pereira000997); these costs are then divided by 20,000 miles per year to get a cost per mile of $0.137.
[45] Runzheimer for Sarasota fuel costs were $0.0671 (59%) and tire costs were $0.0310 (17%) out of a total of $0.1140 total variable expenses per mile (Pereira000997).
[46] Summary of Specifications, PHB 009992 and Deposition of Erica Burkhardt, June 11, 2015, page 75 lines 11 through 21.
[47] http://www.fueleconomy.gov/feg/calculatorCompareSideBySide.jsp?column=1&id=22012
[48] http://www.fueleconomy.gov/feg/download.shtml

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**     Page **11** of **17**

be less fuel efficient, as newer vehicles typically have better fuel efficiency then older models.[49]

38. Maintenance was estimated using the standard, new model car and a seven year ownership. However, most of the vehicles driven by Pizza Hut drivers were eight or more years old.[50]

| Age of Sampled Drivers' Vehicles | Number of Samples | Percent of all Samples |
|---|---|---|
| 1 | 21 | 3.07% |
| 2 | 36 | 5.26% |
| 3 | 36 | 5.26% |
| 4 | 36 | 5.26% |
| 5 | 47 | 6.87% |
| 6 | 59 | 8.63% |
| 7 | 44 | 6.43% |
| **Subtotal – 7 or fewer years** | **279** | **40.79%** |
| **Subtotal – 8 or more years** | **405** | **59.21%** |
| **Total** | **684** | **100.00%** |

39. Given that approximately 59 percent of the vehicles were over 7 years, maintenance costs were likely significantly understated. GE Capital, which tracks fleet costs, provides a graph of the monthly average repair costs for vehicles according to the

---

[49] http://www.rita.dot.gov/bts/sites/rita.dot.gov.bts/files/publications/national_transportation_statistics/html/table_04_23.html
[50] Driver Vehicle Sample Information, Pereira000887.

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**     Page **12** of **17**

time they have been in service.[51] Cars in service over 36 months have significantly higher service costs than cars less than 3 years old.



Average Monthly Cost of Repairs



40. According to Edmunds.com's True Cost to Own calculator, maintenance and repair costs of a 2007 model used car over a five-year period of ownership (2013-2017) are generally increasing from year to year and are significantly higher in year five than in year one. For example, the maintenance and repair costs of a 2007 Toyota Corolla CE Sedan (1.8L 4-cyl. 4-speed Automatic) are as shown:[52]

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Costs | $1,342 | $1,164 | $1,800 | $1,802 | $2,436 |
| % Change |  | -13% | 55% | 0% | 35% |

41. The maintenance and repair costs in year 5 are 82% higher than in year 1. It appears, then, that the maintenance and repair costs of a new car over a seven year period are not a reasonable approximation of the costs for older model year cars that are more representative of the vehicles driven by the Plaintiffs in this matter. The maintenance costs for these older vehicles are likely to be higher than those for a car that is less than eight years old.

---

[51] http://www.automotive-fleet.com/channel/maintenance/article/story/2013/03/fleet-car-maintenance-costs-increase-7-percent-in-2012-cy/page/4.aspx

[52] "2007 Toyota Corolla True Cost to Own", http://www.edmunds.com/toyota/corolla/2007/tco.html?style=100773492&zip=92392, accessed August 1, 2012

### 3) *IRS Standard Mileage Reimbursement Rate*

42. The IRS business standard mileage rate is an optional standard mileage rate used to calculate the deductible costs of operating an automobile for business purposes.[53] The IRS rate includes expenses for items such as depreciation (or lease payments), maintenance and repairs, tires, gasoline (including all taxes thereon), oil, insurance, and license and registration fees.[54]

43. 73% of responding companies to a 2010 survey of business travel and relocation benefits[55] conducted by Business & Legal Resources ("BLR")[56] pay at the current IRS standard mileage rate[57]. An additional 4% paid higher than the IRS standard mileage rate. Another 15% paid between 40 and 49 cents per mile when the IRS rate was 50 cents per mile. In contrast, the computed mileage reimbursement rate for Florida Pizza Hut drivers, see paragraph 27, at the beginning of 2010 was approximately 17.2 cents per mile (the effective rate at December 7, 2009) which puts Pizza Hut in the group of 8% of employers reimbursing at less than 40 cents per mile. This is a reimbursement rate far below the rate paid by the vast majority of employers and it is less than half of the IRS standard mileage rate.

44. In the table below, I compare the IRS standard mileage reimbursement rates[58] with the computed Pizza Hut mileage rates per mile for various periods. I have used the highest Pizza Hut reimbursement rate for any given period. I also show the computed Pizza Hut rate as a percent of the IRS standard mileage rate. Pizza Hut's computed mileage rate was between 27% and 42% of the IRS standard mileage rate during the class period. I note that using Dr. Wolpert's 5.75 miles per delivery would result in an

---

[53] Internal Revenue Bulletin: 2012-2, http://www.irs.gov/irb/2012-02_IRB/ar09.html
[54] IRS identifies the costs included in its rate in Internal Revenue Bulletin 2005-51, dated Dec. 19, 2005.
[55] "BLR Survey: More Employers Paying IRS Maximum Mileage Allowance", http://hr.blr.com/HR-news/Compensation/Business-Travel-Expenses/BLR-Survey-More-Employers-Paying-IRS-Maximum-Milea/, accessed August 21, 2012
[56] Business & Legal Resources helps U.S. businesses simplify compliance with state and federal legal requirements.
[57] 1. There was also a 2002 survey of expense reimbursement and business travel policies conducted by The Bureau of National Affairs, Inc. The Bureau of National Affairs, Inc., known as Bloomberg BNA, is a source of legal, regulatory, and business information for professionals. This survey found "most reimbursement levels reflect the influence of Internal Revenue Service standard mileage rate to determine the deductibility of business use of personal vehicles." 52% of the responding employers pay workers at the current IRS standard mileage rate, and an additional 23% come within two cents of the current IRS rate. "Employers Reimburse for Most Travel Costs, Attempt to Keep Expenses Down, Survey Says", http://0-hr.bna.com.library.ggu.edu/hrrc/display/batch_print_display.adp?searchid=18337249, accessed September 5, 2012
[58] http://www.irs.gov/Tax-Professionals/Standard-Mileage-Rates/

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**     Page **14** of **17**

even lower computed rate per mile, which would be an even smaller percent of the IRS standard mileage rate.[59]

|  | Pizza Hut Computed Mileage Rate | IRS Standard Mileage Rate | Pizza Hut Rate as Percent of IRS Rate |
|---|---|---|---|
| 2004 | $0.100 | $0.375 | 27% |
| 2005 | $0.130 | $0.405 | 32% |
| 2006 | $0.156 | $0.445 | 35% |
| 2007 | $0.156 | $0.485 | 32% |
| Jan-June 2008 | $0.206 | $0.505 | 41% |
| July – Dec 2008 | $0.206 | $0.585 | 35% |
| 2009 | $0.172 | $0.550 | 31% |
| 2010 | $0.182 | $0.500 | 36% |
| Jan-June 2011 | $0.212 | $0.510 | 42% |
| July – Dec 2011 | $0.212 | $0.555 | 38% |
| 2012 | $0.212 | $0.555 | 38% |

### 4) AAA Standard Driving Costs

45. While the IRS rate is designed to be a reimbursement rate, the American Automobile Association (AAA) calculates driving costs on an annual basis.[60] It makes assumptions about the type and age of the vehicle, the driver's insurance costs and other costs. AAA's studies are "designed to model the average AAA member's use of a vehicle for personal transportation over five years and 75,000 miles of ownership". The studies evaluate a wide range of vehicles, from small sedans to SUV's, with various assumptions about the amount of miles driven per year. In the table below, I show

---

[59] See paragraph 24.

[60] According to the AAA, "AAA's calculations are expressly *not* intended to reflect compensation rates for the business use of a vehicle."

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**     Page **15** of **17**

the AAA's highest and lowest costs per mile.[61] I also show the Pizza Hut calculated mileage rate as a percent of the highest and lowest costs per mile.

|      | Pizza Hut Computed Mileage Rate[62] | AAA Lowest Mileage Rate | Pizza Hut Rate as % of AAA Rate | AAA Highest Mileage Rate | Pizza Hut Rate as % of AAA Rate |
|------|-------|--------|-----|--------|-----|
| 2004 | $0.100 | $0.392 | 26% | $0.727 | 14% |
| 2005 | $0.130 | $0.420 | 31% | $0.777 | 17% |
| 2006 | $0.156 | $0.376 | 41% | $0.790 | 20% |
| 2007 | $0.156 | $0.374 | 42% | $0.815 | 19% |
| 2008 | $0.206 | $0.357 | 58% | $0.910 | 23% |
| 2009 | $0.172 | $0.354 | 49% | $0.897 | 19% |
| 2010 | $0.182 | $0.366 | 50% | $0.969 | 19% |
| 2011 | $0.212 | $0.381 | 56% | $0.982 | 22% |
| 2012 | $0.212 | $0.384 | 55% | $0.985 | 22% |

46. For both the IRS standard mileage rate and the AAA driving cost mileage rate, the Pizza Hut computed reimbursement mileage rate is significantly lower. For 2012, Pizza Hut was reimbursing at 38% of the IRS rate and 55% of the lowest AAA rate. Reimbursement rates for 2004, which had the lowest percentages, were only of 27% the IRS rate and only 26% the lowest AAA rate.

47. According to a 2014 Bankrate.com[63] study, Florida had the third highest annual vehicle costs of all fifty states and the District of Columbia.[64] This study analyzed the cost of gasoline, repairs and insurance using data from 2007 through 2013. It showed that owning a vehicle in Florida costs approximately $2,516 per year versus a cost of $1,942 in Iowa, which had the lowest cost. The Florida cost is 30% higher than the Iowa (lowest) cost.

48. In another study published in 2015, 24/7 Wall St.[65] calculated the annual operating expenses of owning a car in each state based on three measures: gas expenditure,

---

[61] AAA.com

[62] This is based on a 5 mile average delivery; using Dr. Wolpert's average delivery length of between 5.7321 miles and 5.7649 miles would cause the computed rate per mile to be even lower, see paragraph 19.

[63] According to Bankrate.com's website: "Bankrate was born in 1976 as "Bank Rate Monitor," a print publisher for the banking industry. Today, Bankrate, Inc. is the Web's leading aggregator of financial rate information, offering an unparalleled depth and breadth of rate data and financial content. Bankrate continually surveys approximately 4,800 financial institutions in all 50 states in order to provide clear, objective, and unbiased rates to consumers."

[64] http://www.bankrate.com/finance/auto/car-ownership-costs-by-state.aspx

[65] According to 24/7 Wall St.'s website: "24/7 Wall St., LLC is a Delaware corporation which runs a financial news and opinion company with content delivered over the Internet. The company's articles are republished by many of the largest news sites and portals, including MSN Money, Yahoo! Finance, MarketWatch, Time.com, USAToday, and The Huffington Post."

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**   Page **16** of **17**

repairs and maintenance, and insurance premiums[66]. Florida was ranked the thirteenth most expensive state. The lowest reported costs were for Hawaii. The Florida cost is 39% higher than the Hawaii (lowest) cost.

49. Because automotive expenses in Florida are typically higher than the national averages, then the IRS standard mileage rate and the AAA diving costs, which are national averages, are conservative with respect to owning and operating a vehicle in Florida since a mileage rate based on vehicle costs in Florida would likely be higher than an average national mileage rate.

    I declare under penalty of perjury, under the laws of the State of Florida, that the foregoing is true and correct. Executed this 9th day of September 2015.

                                                                _____
                                                                 D. Paul Regan, CPA/CFF
                                                                 September 9, 2015

---

[66] http://247wallst.com/special-report/2015/07/28/the-most-expensive-states-to-drive/

**Expert Report of D. Paul Regan, CPA/CFF, CFE dated Sep 9, 2015**     Page **17** of **17**