# Exhibit I(A)

# HEMMING MORSE, LLP

CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

EXECUTIVE SUMMARY OF CURRICULUM VITAE

www.hemming.com

## D. Paul Regan, CPA/CFF, CFE

### Employment & Education *see page 1 of C.V.*

- **Chairperson**
  Hemming Morse, LLP
  *Certified Public Accountants
  and Forensic Consultants*

- B.S. Accounting (Accounting Specialist), M.S. Accounting, CPA/CFF, CFE

### Professional & Service Affiliations *see page 1 of C.V.*

- **Certified Public Accountant, State of California, since 1970**

- **American Institute of Certified Public Accountants, since 1970**
  Certified in Financial Forensics, since 2008
  AICPA Council Member, 2003-2011
  Member, Forensic & Valuation Services Executive Committee, 2008-2011
  Litigation and Dispute Resolution Services Subcommittee, 1998-2001
  Chair of National Economic Damages Committee, 1999-2001

- **Association of Certified Fraud Examiners, since 1996**

- **California Society of Certified Public Accountants**
  Distinguished Service Award, 2009
  – Board of Directors, 2001-2006
  – Council, since 2001
  – Chair, 2004-2005

  Litigation Consulting and Dispute Resolution Services Common Interest Member
  – Steering Committee, since 1990
  – Chair, 2002-2004

  State Economic Damages Section
  – Chair, 1996-1998
  – Member, since 1995

- **Town of Hillsborough**
  – Council Member, 1998-2010
  – Mayor, 2002-2004
  – Commissioner of Finance, 1998-2002; 2004-2010
  – Financial Advisory Committee, since 2011

- **Hillsborough City School District Board of Trustees**
  – Trustee, 1985-1995
  – President, 1986-87; 1993-94

- **Audit Committees**
  – Golden Gate University, Chair, 2005-2008
  – Jesuit School of Theology, Chair, 2004-2011
  – International Display Works, Inc., 2005-2006
  – Solar Power, Inc., Chair, 2006-2010
  – Catholic Charities CYO of the Archdiocese of San Francisco, since 2009

### Courses Written and Presented *see page 3 of C.V.*

### Publications *see page 5 of C.V.*

### Trials, Depositions & Arbitrations *see page 6 of C.V.*

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

## Employment & Education

| | |
|---|---|
| 2012 – Present | **Hemming Morse, LLP** *Certified Public Accountants and Forensic Consultants* Chairperson |
| 1975 – 2011 | **Hemming Morse, Inc.** *Certified Public Accountants* *Litigation and Forensic Consultants* Chairman of the Board, 2001-2011 President, 2001-2009 Director-in-charge of the firm's Litigation and Forensic Consulting Practice, 1975-2006 |
| 1973 – 1975 | **Regan & Skelton, CPAs** Partner |
| 1968 – 1973 | **Peat, Marwick, Mitchell & Co., CPAs** |
| 1979 | **Golden Gate University, San Francisco** M.S. Accounting |
| 1968 | **University of San Francisco** B.S. Accounting (Accounting Specialist) |

## Professional & Service Affiliations

- **Certified Public Accountant, State of California, since 1970**
- **American Institute of Certified Public Accountants, since 1970**
  Certified in Financial Forensics, since 2008
  AICPA Council Member, 2003-2011
  Member, Forensic & Valuation Services Executive Committee, 2008-2011

  Member, Litigation and Dispute Resolution Services Subcommittee, 1998-2001
  – Chair of National Economic Damages Committee, 1999-2001

  National Computer Audit Subcommittee of the Auditing Standards Board, past member

- **Association of Certified Fraud Examiners, since 1996**

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

### Professional & Service Affiliations continued

- **California Society of Certified Public Accountants**
  Distinguished Service Award, 2009

  California CPA Education Foundation,
  Board of Trustees, 1997-2003
  – President, 2001-2002
  – First Vice President, 2000-2001
  – Treasurer, 1999-2000

  California Society of Certified Public Accountants,
  Board of Directors, 2001-2006
  – Council, since 2001
  – Chair, 2004-2005
  – First Vice President, 2003-2004

  Litigation Consulting and Dispute Resolution Services
  Common Interest Member
  – Steering Committee, since 1990
  – Chair, 2002-2004
  – Vice President, 2000-2002

  State Economic Damages Section
  – Chair, 1996-1998
  – Member, since 1995

  EDP Committee, past member

  Quality Control Committee, past member

  Litigation Services Conference Chair, 1990

  Advanced Litigation Forum Planning Committee,
  1991-1993; 1995 and 1997
  – Chair in 1993 and 1997

  Computer Show and Conference Chair, 1985

  Economic Damages Conference Planning Committee, 2000

- **American Arbitration Association's National Panel of Arbitrators, 1983-1996**

- **Western Association of Accounting Firms**
  Audit and Accounting Committee, Chairman, 1980-1982
  Audit and Accounting Manuals, Editor, 1979-1982

- **CPA Computer Report, Editorial Board, 1984-1987**

- **Board of Trustees, Golden Gate University, 2002-2013**
  Audit Committee member, since 2005
  Audit Committee Chair, 2005-2008

- **Board of Trustees, Jesuit School of Theology at Berkeley, 2002-present**
  Audit Committee member and Chair, 2004-2011

- **International Display Works, Inc.**
  Board of Directors, 2004-2006
  Audit Committee member, 2005-2006

- **Solar Power, Inc.**
  Board of Directors, 2006-2010
  Audit Committee Chair, 2006-2010

- **Catholic Charities CYO of the Archdiocese of San Francisco**
  Board of Directors, 2009-present
  Audit Committee Chair, since 2009

- **Town of Hillsborough**
  Council Member, 1998-2010
  Mayor, 2002-2004
  Vice Mayor, 2000-2002
  Commissioner of Finance, 1998-2002; 2004-2010
  Financial Advisory Committee, since 2011

- **Hillsborough City School District Board of Trustees**
  Trustee, 1985-1995
  President, 1986-87; 1993-94

- **Hillsborough Recreation Commission, 1989-1993; 1998-2010**
  President, 1990-1993

- **Citizen of the Year, 1995**
  Town of Hillsborough, California

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

## Courses Written and Presented

***AICPA & California Society of CPAs:***

- "Economic Damages: Common Frameworks By Industry & Claim Type"
  AICPA National Forensic Accounting Conference, Boston, MA, 2010

- "Fraud Prevention and Detection"
  California Society of CPAs, Business and Industry Conference, Los Angeles and San Francisco, CA, 2004

- "Trigon Insurance Co. v. United States"
  California Society of CPAs, Economic Damages Litigation Section, San Francisco, CA, 2003

- "Issues Re: Revenue Recognition"
  California Society of CPAs, Litigation Sections Steering Committee, Burlingame, CA, 2003

- "Trashing Drafts - A Standard Practice or a Dangerous Proposition?"
  California Society of CPAs, Advanced Business Litigation Institute, Palm Springs, CA, 2003

- "Aggressive Accounting & The Games People Play"
  AICPA Webcast, co-author, NJ, 2003

- "Mistakes Made in the Work Product"
  California Society of CPAs, Litigation Services Conference, Irvine, CA, 2002

- "Complex Litigation/Accounting Malpractice"
  AICPA National Fraud Conference, Las Vegas, NV, 2002

- "Enron and Beyond"
  California Society of CPAs, Financial Statements and Tax Fraud Conference, Los Angeles and San Francisco, CA, 2002

- "Ethics, Taxes and Financial Reporting"
  California Society of CPAs, San Francisco, CA, 2002

- "Expert Disqualifications"
  California Society of CPAs, Advanced Economic Damages and Business Valuation Conference, Palm Springs, CA, 2001

- "Financial Statement Fraud"
  California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 2000

- "Quantifying Losses"
  AICPA National Fraud Conference, Las Vegas, NV, 2000

- "Electronic Work Product-Discovery Issues"
  California Society of CPAs, Economic Damages Conference for Business Trial Lawyers & Experts, Los Angeles, CA, 1999

- "The CPA's Role in Construction Damages"
  AICPA National Advanced Litigation Conference, Atlanta, GA, 1999

- "Significant Frauds of our Time"
  AICPA National Fraud Conference, Las Vegas, NV, 1998

- "Daubert and the CPA Expert"
  California Society of CPAs, Advanced Economic Damage Conference, San Francisco, CA, 1998

- "*The Accountant in Fraud Investigations*"
  California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 1997

- "Rule 26 Reports," "The Auditor and Fraud," and "Challenging Questions"
  California Society of CPAs, Advanced Litigation Forum, Palm Springs, CA, 1996

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

## Courses Written and Presented continued

- *"Distinguishing Between Litigation and Attest Engagements"*
  California Society of CPAs, Advanced Litigation Forum, San Diego, CA, 1995

- *"Miniscribe Trial Binder"*
  California Society of CPAs, Advanced Litigation Forum, Monterey, CA, 1993; Litigation Consulting Services Committee, Puerto Vallarta, MX, 1993; Litigation Consulting Services Committee, San Francisco, CA, 1994

- *"Lost Profits"*
  California Society of CPAs, Litigation Services Conference, San Francisco and Los Angeles, CA, 1991

- *"Opportunities Update: "A Discussion of Disruption Claims"*
  California Society of CPAs, Litigation Consulting Conference, Los Angeles, CA, 1990

- *"Construction Damages"*
  AICPA, Second Annual Conference on CPA's Role in Litigation Services, Dallas, TX and Washington, DC, 1990

### Selected Others

- *"The Fraud Triangle - Where Were the Gatekeepers"*
  United States District Court, Northern District Historical Society, San Francisco, CA, 2012

- *"Introduction of Financial Forensic Accounting"*
  Golden Gate University, Adjunct Professor, 2009-present

- *"Reporting in Litigation Engagements"*
  *"Wage & Hour Litigation"*
  Golden Gate University, 2009

- *"Intellectual Property Damages"*
  Federal Bureau of Investigation, Quantico, VA, 2001

- *"Alternative Dispute Resolution Techniques and Strategies for the Small and Emerging Contractor"*
  American Bar Association, Fourth Annual Construction Institute, 1995

- *"Fundamentals of Forensic Accounting"*
  Georgetown University, Washington, DC, 1994

- *"Proving and Pricing Delay and Disruption Claims"*
  Andrews Conference - Fourth Annual Construction Litigation Superconference, San Francisco, CA, 1989

- *"The Auditor in Court"*
  State of California, Government Auditors, 1989

- *"Pricing Construction Claims"*
  Thelen, Marrin, Johnson & Bridges, 1988

- *"Dollars and Sense:  Building Your Damages Case & Surviving a Daubert Challenge"*
  San Francisco Trial Lawyers Association, Litigation Practice, San Francisco, CA, 2007

- *"Winning Strategies for the Financial Side of Your Damages Case"*
  Construction Infrastructure Summit, Phoeniz, AZ, 2007

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**
CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

## Publications

- *"Our Roots Run Deep"*
  California CPA Magazine, August 2004

- *"Expert Witnesses: Do They Have to Keep Draft Reports?"*
  California CPA Magazine, May 2004

- *"Revenue Recognition: Now, Later or Never?"*
  California CPA Magazine, September 2003

- AICPA Litigation Services and Applicable Professional Standards Consulting Services Special Report 03-1 (Contributing author)

- Litigation Services Handbook, *"The Role of the Accountant as Expert Witness,"* published by John Wiley & Sons, Chapter 16, "Litigation Consulting: Construction Claims"

- Litigation Support Report Writing, published by John Wiley & Sons, Chapter 15, "Construction Claims"

- Member of the Editorial Board and author of various articles for the California Society of CPAs' Litigation and Dispute Resolution Services Section's quarterly publication (since summer 1996)

- Outlook Magazine, Winter 1985 - Computer Show and Conference Survey

- *"California CPA Computer Show and Conference,"* CPA Computer Report, September 1985

- *"Direct and Cross Examination of Experts,"* co-author of case study presented by University of California Hastings Litigation Advocacy Program

page 5 of 9

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

Testimony (presented in the last four years)

*Trial*

- Honora Keller, et al. v. The Board of Trustees of California State University (2015)
  Superior Court of California, San Francisco County
  Case No. CGC-09-490977

- Duryea v. Froshman Billings & Lewandowski (2014)
  Superior Court of California, Santa Clara County
  Case No. 1-12-CV-222828

- Paciocco & Anor v. Australia and New Zealand Banking Group Limited ("ANZ") (2013)
  Federal Court of Australia No. VID196 of 2013

- United States of America v. Joseph M. Elles and Joseph Pacifico (2013)
  U.S. District Court, Northern District of Georgia
  Atlanta Division, Case No. 1:11-CR-445-JEC

- Livent Inc. Through Its Special Receiver and Manager, Roman Doroniuk and Deloitte & Touche and Deloitte & Touche LLP (2013)
  Ontario Superior Court of Justice, Canada
  Court File No. 02-CV-225823 CM2

- John Garamendi, as Insurance Commissioner of the State of California and as Conservator, Rehabilitator, and Liquidator of the Estate of Executive Life Insurance Company v. Altus Finance S.A., et al. (2012)
  U.S. District Court, Central District of California
  Case No. CV-99-02829 AHM (CWx)

- Continuous Computing Corporation v. teleSys Software, Inc. (2012)
  American Arbitration Association
  Case No. 72 117 00006 11 NOLG

- Marin Healthcare District v. Sutter Health (2012)
  JAMS, San Francisco, CA, Reference No. 1100065277

- Plaintiffs v. Carey Limousine LA, Inc., et al. (2012)
  JAMS, Case No. 1100059356

- DVD Copy Control Association v. Kaleidescape, Inc. (2011)
  Superior Court of California, Santa Clara County
  Case No. 1-04-CV-031829

- Rambus Inc. v. Micron Technology, Inc., et al. (2011)
  Superior Court of California, San Francisco County
  Case No. 04-431105

- Francie E. Moeller, et al. v. Taco Bell Corporation (2011)
  U.S. District Court, Northern District of California,
  San Francisco Division, Case No. C 02-05849 PJH JL

- Ivana Kirola, Michael Kwok, and Elizabeth Elftman v. The City & County of San Francisco, et al. (2011)
  U.S. District Court, Northern District of California, San Francisco/Oakland Division, Case No. C07-3685 SBA

- Grimaud Farms of California, Inc. v. Whole Foods Market California, Inc., et al. (2011)
  Superior Court of California, San Joaquin County
  Case No. CV030845

- John Lonberg v. City of Riverside (2011)
  U.S. District Court, Central District of California, Eastern Division, Case No. ED-CV-97-0237 SGL (AJWx)

page 6 of 9

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

## Testimony continued

### Deposition

- **Karen Schuh, et al. v. HCA Holdings, et al. (2015)**
  U.S. District Court, Middle District of Tennessee
  Nashville Division, Case No. 3:11-cv-01033

- **The Regents of the University of California v. Devcon Construction, Inc., et al. (2015)**
  Superior Court of California, Santa Cruz County
  Case No. CV174499

- **Honora Keller, et al. v. The Board of Trustees of California State University (2015)**
  Superior Court of California, San Francisco County
  Case No. CGC-09-490977

- **Marlene Hopkins, et al. v. Plant Insulation Company, et al. (2014)**
  Superior Court of California, San Francisco County
  Case No. CGC06450944

- **Brian Behaein, et al. v. Pizza Hut, Inc. (2014)**
  Superior Court of California, Los Angeles County
  Case No. BC384563

- **Mary K. Jones v. Pfizer Inc., et al. (2014)**
  U.S. District Court, Southern District of New York
  Case No. 10-cv-03864-AKH

- **Duryea v. Froshman Billings & Lewandowski (2014)**
  Superior Court of California, Santa Clara County
  Case No. 1-12-CV-222828

- **In the Matter of LFG Liquidation Trust vs Ernst & Young LLP (2014)**

- **In Re: Lehman Brothers Securities and ERISA Litigation (2014)**
  U.S. District Court, Southern District of New York
  Case No. 09-md-02017-LAK

- **GSI Technology, Inc. v. Cypress Semiconductor Corporation (2014)**
  U.S. District Court, Northern District of California
  San Jose Division, Case No. 5:11-cv-03613-EJD

- **Crescent Resources Litigation Trust v. Duke Energy Corporation, et al. (2013)**
  U.S. District Court, Western District of Texas
  Austin Division, Case No. A-12-CA-009-SS

- **Robert P. Mosier as Receiver for Private Equity Management Group, Inc., et al. v. Stonefield Josephson, Inc., CPAs, et al. (2013)**
  U.S. District Court, Central District of California
  Case No. 2:11-cv-02666 PSG (Ex)

- **Gigoptix, Inc. v. Optomai, Inc., et al. (2013)**
  Superior Court of California, Santa Clara County
  Case No. 1-11-CV-199643

- **United States of America v. Joseph M. Elles and Joseph Pacifico (2013)**
  U.S. District Court, Northern District of Georgia
  Atlanta Division, Case No. 1:11-CR-445-JEC

- **Michael Karas v. George S. Karas (2013)**
  American Arbitration Association

- **Sarkissian Mason, Inc. and Automatic, LLC v. Enterprise Holdings, Inc. (2013)**
  U.S. District Court, Southern District of New York
  Case No. 11-CV-09472-PAC

- **In re: Heller Ehrman LLP (2012)**
  U. S. Bankruptcy Court, Northern District of California
  Case No. 08-32514 DM

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

## Testimony continued

### Deposition continued

- **In re: CityCenter Construction and Lien Master Litigation (2012)**
  District Court, Clark County, Nevada
  Case No. A605103

- **Life Technologies Corporation and Applied Biosystems, LLC v. Biosearch Technologies, Inc. (2012)**
  U.S. District Court, Eastern Division of Texas
  Marshall Division, Case No. 3:12-CV-00852-WHA

- **Ramon Gomez v. Pizza Hut of Southeast Kansas, Inc. (2012)**
  Superior Court of California, San Bernardino County
  Case No. CIVVS900679

- **Securities and Exchange Commission v. Peter R. Morales, Betsy D. Scolnik, and Adriana J. Kampfner (2012)**
  U.S. District Court, Southern District of New York
  Case No. 06 CIV 2435 (RJH)

- **Ron Block, et al. v. Daniel Helix, et al. (2012)**
  Superior Court of California, Contra Costa County
  Case No. CIV MSC 05-01725

- **Chinatown Community Development Center v. Tower Hotel Partners, Ltd, et al. (2012)**
  Superior Court of California, City & County of San Francisco, Case No. CGC-10-501798

- **SIPCO, LLC v. ADT Security Services, Inc. (2011)**
  U.S. District Court, Southern District of Florida, West Palm Beach Division, Case No. 11-cv-80521-DMM

- **DVD Copy Control Association v. Kaleidescape, Inc. (2011)**
  Superior Court of California, Santa Clara County
  Case No. 1-04-CV-031829

- **Constar International Inc. Securities Litigation (2011)**
  U.S. District Court, Eastern Division of Pennsylvania
  Case No. 03CV05020

- **Philip F. Otto v. Schilling Robotics, Inc. (2011)**
  JAMS, San Francisco, Case No. 1100065090

- **Wilfredo Aguilar, et al. v. Carey Limousine LA, Inc., et al. (2011)**
  JAMS, Los Angeles Superior Court
  Case No. 1100059356

- **Brian Gilmer, et al. v. Alameda-Contra Costa Transit District (2011)**
  U.S. District Court, Northern District of California
  Case No. C 08-05186 CW

- **Novatel Wireless Securities Litigation (2011)**
  U.S. District Court, Southern District of California
  Case No. 08-CV-01689-H (RBB)

- **Grimaud Farms of California, Inc. v. Whole Foods Market California, Inc., et al. (2011)**
  Superior Court of California, San Joaquin County
  Case No. CV030845

- **Silverman v. Motorola, Inc., et al. (2011)**
  U.S. District Court, Northern District of Illinois
  Eastern Division, Case No. 1:07-cv-04507

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# D. Paul Regan, CPA/CFF, CFE

## Testimony continued

*Arbitration*

- Jaret P. Christopher v. Ellie Mae, Inc. (2015)
  American Arbitration Association
  Case No. 01-14-0001-9086

- In the Matter of LFG Liquidation Trust v. Ernst & Young LLP (2014)

- Eastham Capital Appreciation Fund LP, et al. v. KPMG LLP et al. (2013)
  Confidential Pursuant to CPR Arbitration Rule 18

- In the matter of SB Liquidation Trust v. Ernst & Young LLP (2012)

- Philip F. Otto v. Schilling Robotics, Inc. (2011)
  JAMS, San Francisco, Case No. 1100065090

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

# Exhibit B

# Documents Relied Upon

From Counsel:

1. Barkley et al v Pizza Hut, First Amended Class Action Complaint, filed October 16, 2014
2. Barkley et al v Pizza Hut, Confidentiality Stipulation
3. Deposition of Erica Burkhardt, Pizza Hut Senior Counsel, June 11, 2015
4. Marion Edinger v Pizza Hut, Interim Award dated 1/8/2015
5. Lauren Rausch v Pizza Hut, Interim Award of Arbitrator, dated 12/22/14
6. Final Arbitration Award, David Wright v Pizza Hut, dated 8/13/2015
7. Final Arbitration Award, Robert Clark v Pizza Hut, dated 8/13/2015
8. Arbitration Awards, Confidentiality Stipulation
9. Documents with reimbursement rates:  PHBarkley00001303 through PHBarkley00001307; PHBarkley00001312 through PHBarkley00001314; PHBarkley00000294.
10. Navigant mapping data:  PH004682 through PH004705
11. Runzheimer Plan of Standard Vehicle Costs, dated December 15, 2005: Pereira000879 through Pereira001017
12. Declaration of Edward T. Wolpert, PH.D., September 4, 2015
13. Declaration of Alfonso Fata
14. Declaration of Christina Cardona
15. Declaration of Brian Phillips
16. Declaration of Robert Clark
17. Declaration of Becky Sikes
18. Declaration of Lauren Rausch
19. Declaration of David Wright
20. Declaration of Nathan Houston
21. Declaration of Jeffrey Pryor
22. Declaration of Jamie Rickman
23. Declaration of Jerry J. Walsh

Research:

1. IRS Tax Topics - Topic 510 Business Use of Car
2. Kelly Blue Book, http://www.kbb.com/new-cars/best-resale-value-awards/best-brand/
3. Kelly Blue Book, http://www.kbb.com/toyota/camry/2014-toyota-camry/
4. Compare Old and New MPG Estimates, U.S. Environmental Protection Agency, http://www.fueleconomy.gov/feg/calculatorCompareSideBySide.jsp?column=1&id=22012
5. Model 2006 Fuel Economy, U.S. Environmental Protection Agency, http://www.fueleconomy.gov/feg/download.shtml

6. Table 4-23: Average Fuel Efficiency of U.S. Light Duty Vehicles, United States Department of Transportation; http://www.rita.dot.gov/bts/sites/rita.dot.gov.bts/files/publications/national_transportation_statistics/html/table_04_23.html
7. "Fleet Car Maintenance Costs Increase 7 Percent in 2012-CY", Automotive Fleet, March 2013, http://www.automotive-fleet.com/channel/maintenance/article/story/2013/03/fleet-car-maintenance-costs-increase-7-percent-in-2012-cy/page/4.aspx
8. "2007 Toyota Corolla True Cost to Own", Edmunds.com, http://www.edmunds.com/toyota/corolla/2007/tco.html?style=100773492&zip=92392, accessed August 1, 2012
9. Internal Revenue Bulletin: 2012-2, http://www.irs.gov/irb/2012-02_IRB/ar09.html
10. Internal Revenue Bulletin 2005-51, dated Dec. 19, 2005.
11. "BLR Survey: More Employers Paying IRS Maximum Mileage Allowance", BLR, http://hr.blr.com/HR-news/Compensation/Business-Travel-Expenses/BLR-Survey-More-Employers-Paying-IRS-Maximum-Milea/, accessed August 21, 2012
12. "Employers Reimburse for Most Travel Costs, Attempt to Keep Expenses Down, Survey Says", BNA, http://0-hr.bna.com.library.ggu.edu/hrrc/display/batch_print_display.adp?searchid=18337249, accessed September 5, 2012
13. IRS Standard Mileage Rates, http://www.irs.gov/Tax-Professionals/Standard-Mileage-Rates/
14. "Table: Car-ownership costs by state", Bankrate.com, http://www.bankrate.com/finance/auto/car-ownership-costs-by-state.aspx
15. "The Most (and Least) Expensive States to Drive", 24/7 Wall St, July 28, 2015, http://247wallst.com/special-report/2015/07/28/the-most-expensive-states-to-drive/