# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JUSTIN BARKLEY, AL FATA, BRIAN PHILLIPS and JERRY J. WALSH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIZZA HUT OF AMERICA, INC., and YUM! BRANDS, INC.,<br><br>Defendants. | CASE NO.  6:14-cv-00376-RBD-DAB<br><br><br><br>ECF CASE |

STATE OF FLORIDA      )
                      ) ss.:
COUNTY OF ORANGE      )

### Declaration of Christina Cardona

Pursuant to 28 U.S.C. 1746, I, Christina Cardona, declare under penalty of perjury the following:

1. I worked as a delivery driver for Pizza Hut, Inc. ("Pizza Hut") from January 24, 2008 to December 7, 2009 at the Semoran Boulevard and Chickasaw Trail stores ("Stores") in Orlando, Florida.

2. Pizza Hut paid me at or near the minimum wage.

3. Pizza Hut required me to use my own car to deliver food and beverages to customers.

4. I drove an average of at least 5 miles per delivery.  I sometimes made delivery trips of more than 21 miles, but most delivery trips were less than 21 miles.

5. My colleagues working in the Store delivered to the same areas as me.

6. I believe all of my colleagues drove an average of at least 5 miles per delivery.

7. Pizza Hut did not track my actual expenses.

8. To compensate me and my colleagues for our driving expenses, Pizza Hut paid us a flat rate per delivery.

9. This flat rate did not come close to compensating me for my actual driving expenses.

10. I do not think this flat rate came close to compensating any Florida Pizza Hut delivery driver for his or her actual expenses.

11. Pizza Hut managers sometimes ordered me to spend money maintaining or repairing my vehicle. This maintenance was above and beyond what I would normally do to maintain my vehicle. These repairs include but are not limited to more frequent oil chances, numerous tire replacements, tune-ups, brakes and rotors, head gasket and battery replacements. If I did not do this maintenance, Pizza Hut would not let me work. Pizza Hut did not compensate me for this maintenance.

12. Aside from the insufficient flat rate, Pizza Hut provided no other reimbursement for my automotive costs.

_____
Christina Cardona