## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| JUSTIN BARKLEY, BRIAN PHILLIPS, and JERRY J. WALSH, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No. 6:14-cv-376-orl-18DAB |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PIZZA HUT OF AMERICA, INC. | ) | |
| | ) | |
| Defendant. | ) ) ) | |
| | ) | |

---

## NOTICE OF SERVICE OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW

Defendant Pizza Hut of America, Inc. ("Defendant"), by and through its attorneys, hereby respectfully informs the Court that it has served Defendant's Opposition to Plaintiffs' Motion for Class Certification and Incorporated Memorandum of Law, including all accompanying exhibits and declarations, on Plaintiffs Justin Barkley, Brian Phillips, and Jerry J. Walsh in accordance with this Court's Scheduling Orders, E.C.F. Nos. 109 and 122.  Defendant has sought leave to file these documents under seal pursuant to Local Rule 1.09(a). *See* E.C.F. No. 142.

Dated:  October 16, 2015

Respectfully submitted,

*/s/ Joseph C. Cooper*
Lori Y. Baggett
Florida Bar No. 602124
lbaggett@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
P. O. Box 3239
Tampa, FL  33601
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Email: lbaggett@cfjblaw.com

Geoff D. DeBoskey (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone:  213-896-6000
Facsimile:  213-896-6600
Email: gdeboskey@sidley.com

Sarah M. Konsky (admitted *pro hac vice*)
Joseph C. Cooper (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036
Email:  skonsky@sidley.com
Email:  Joseph.Cooper@sidley.com

*Attorneys for Defendant*

ACTIVE 210522680v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2015, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to**:**

C. Ryan Morgan
Morgan & Morgan, P.A.
20 North Orange Avenue
Orlando, Florida 32801
rmorgan@forthepeople.com

Jeremiah Frei-Pearson
Meiselman, Packman, Nealon, Scialabba & Baker, P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
jfrei-pearson@mpnsb.com

/s/ *Joseph C. Cooper*
**Attorney for Defendant**
**Pizza Hut of America, Inc.**

ACTIVE 210522680v.1