## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JUSTIN BARKLEY; BRIAN PHILLIPS;
and JERRY J. WALSH,

        Plaintiffs,

v.                                    Case No. 6:14-cv-376-Orl-37DAB

PIZZA HUT OF AMERICA, INC.,

        Defendant.

## ORDER

This cause is before the Court on the Joint and Stipulated Notice of Settlement and Motion to Stay Deadlines (Doc. 154), filed November 20, 2015, indicating that the parties have resolved the individual and putative class claims in this action. The parties are in the process of drafting a formal class action settlement agreement for approval. (*Id.*)

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all pending motions are denied as moot and all deadlines in the Case Management and Scheduling Order are stayed pending consideration of the proposed settlement agreement. The parties are **DIRECTED** to file a motion for preliminary approval of the proposed settlement agreement no later than Monday, **February 1, 2016**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 2, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record