## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| JUSTIN BARKLEY, BRIAN PHILLIPS and JERRY J. WALSH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PIZZA HUT OF AMERICA, INC.,<br><br>　　　　　　Defendant. | CASE NO. 6:14-cv-00376-RBD-DAB<br><br><br><br><br><br><br>**ECF CASE** |

### PLAINTIFFS' UNOPPOSED MOTION FOR AN
### EXTENSION OF THE PAGE LIMIT FOR THEIR MOTION
### AND INCORPORATED MEMORANDUM SEEKING PRELIMINARY APPROVAL

Plaintiffs Justin Barkley, Brian Phillips, and Jerry J. Walsh ("Plaintiffs"),[1] by and through their attorneys, hereby file this Motion for An Extension Of The Page Limit For Their Motion and Incorporated Memorandum Seeking Preliminary Approval.  In support of this Motion, Plaintiffs state as follows:

1.　　　Plaintiffs and Defendant Pizza Hut of America, Inc.'s ("Defendant" or "Pizza Hut") have reached a class-wide settlement to resolve this dispute.  Dkt. No. 154.

2.　　　Pursuant to the Court's Order, Plaintiffs will move for preliminary approval today.  Dkt. No.158.  Due in large part to the complexities of this dispute's procedural history (which involved the instant litigation as well as related arbitrations), the preliminary approval motion and incorporated memorandum are approximately 30 pages.  Because Local Rule

---

[1] Pursuant to the terms of the settlement, Plaintiffs will file an amended complaint that removes Mr. Barkley as class plaintiff and adds Alfonso Fata as a class plaintiff.

3.01(a) limits motion papers to 25 pages, Plaintiffs hereby respectfully request a short 5 page extension of the page limit for their motion papers.

3.     Counsel for Plaintiffs conferred with Defendant, and Defendant's counsel do not oppose granting Plaintiffs the requested extension of the page limit.

4.     This Motion has not been made for purposes of delay, nor does it impact any Court or case management deadlines.

WHEREFORE, Plaintiffs respectfully request that the Court allow Plaintiffs to submit preliminary approval motion papers of up to thirty pages in length.

Dated: February, 1 2016               Respectfully submitted,


**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**

Jeremiah Frei-Pearson (*Pro Hac Vice*)
1311 Mamaroneck Avenue
Suite 220
White Plains, New York 10605
Telephone:  (914) 298-3281
Facsimile:  (914) 824-1561
jfrei-pearson@fbfglaw.com

**Morgan & Morgan, P.A.**
C. Ryan Morgan
20 North Orange Avenue
Orlando, Florida 32801
rmorgan@forthepeople.com

*Attorneys for Plaintiffs and the putative class*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs certifies that he conferred with Defendant's counsel and Defendant's counsel consents to the relief sought in this motion.

*/s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson, Esq.


## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that the foregoing document was served this 1st day of February 2016, upon all counsel of record via the Court's ECF system.

*s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson, Esq.