# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AL FATA, BRIAN PHILLIPS and**
**JERRY J. WALSH, individually and on**
**behalf of all others similarly situated,,**

           **Plaintiff,**

**-vs-**                                              Case No.  **6:14-cv-376-Orl-37DAB**

**PIZZA HUT OF AMERICA, INC.,**

           **Defendant.**

_____

## ORDER

This cause came on for consideration with oral argument on the Motion for Settlement Preliminary Approval (Doc. 165) and certain matters raised by the Court in the Notice of Hearing (Doc. 171) and addressed by the parties in the Joint Response (Doc. 175).  The parties shall have until **MAY 20, 2016,** in which to supplement or modify their motion with additional argument or evidence,[1] in view of the Court's comments at hearing.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2016.

                                             *David A. Baker*

                                        DAVID A. BAKER
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] The parties are advised that citation to other cases where settlements have been approved by other courts is not necessarily persuasive unless the issues of concern here were addressed and determined by the other courts. For example, the parties repeatedly rely on the settlement approval order in *Hanna v. CFL Pizza, LLC*, No. 05-2011-CA-52949 (Brev. Cty. Fla.). That order, however, does not provide a detailed analysis on any of the matters raised here and is not of persuasive authority here.

Moreover, the Court has reviewed the report of D. Paul Regan (Doc. 128-9) referenced by counsel at hearing as providing support for the use of length of employment as a reasonable basis for formulating the settlement. The Court finds that this report does not support or address whether length of employment is a reasonable measure for fair allocation between class members. Indeed, that report identifies other driver employment characteristics which may have equal or greater significance.