UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AL FATA; BRIAN PHILLIPS;
and JERRY J. WASLH,

        Plaintiffs,

v.                          Case No. 6:14-cv-376-Orl-37DCI

PIZZA HUT OF AMERICA, INC.,

        Defendant.

## ORDER

This cause is before the Court on its own motion.

On October 31, 2016, the Court preliminarily approved the parties' proposed settlement agreement (Doc. 210-1 ("**Agreement**")) and set a final approval hearing for Monday, February 6, 2017 at 2 p.m. ("**Final Approval Hearing**").  (Doc. 28 ("**Order**").) The Order directed Plaintiffs to comply with the deadlines set forth in the Agreement, inclusive of their representations that they would move for final approval of the Agreement "within fourteen (14) days prior to the Final Approval Hearing" (Doc. 210-1, pp. 19–20). (*Id.* at 8.)

To ensure that the Court has sufficient time to review the motion prior to the Final Approval Hearing, Plaintiffs are **DIRECTED** to file their motion for final approval on or before Monday, **January 30, 2017**. All responses to the final approval motion, if any, shall be filed on or before Wednesday, **February 1, 2017**.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 24, 2017.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record