# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

AL FATA; BRIAN PHILLIPS; and
JERRY J. WALSH,

      Plaintiffs,

v.                                          Case No. 6:14-cv-376-Orl-37DCI

PIZZA HUT OF AMERICA, INC.,

      Defendant.

## ORDER

This cause is before the Court on the Plaintiffs' Motion to Modify the Settlement Agreement, Class Notice and Preliminary Approval Order, and Extend Claims Administration Deadlines, and Incorporated Memorandum of Law in Support (Doc. 236), filed February 3, 2017.

In accordance with the Court's rulings from the bench at its February 6, 2017 status conference (*see* Doc. 235 ("**Conference**")), it is **ORDERED AND ADJUDGED:**

1. Plaintiffs' Motion to Modify the Settlement Agreement, Class Notice and Preliminary Approval Order, and Extend Claims Administration Deadlines, and Incorporated Memorandum of Law in Support (Doc. 236) is **GRANTED IN PART AND DENIED IN PART**.

   a. The motion is granted to the extent that the Court **APPROVES** the amendment to the proposed settlement agreement (Doc. 210-1, ¶ 38 (concerning distribution to settlement class members)) only with

      respect to the allocation of the Net Settlement Amount.[1] To that end, the settlement payments will be as follows: Members of the Non-Arbitration Subclass will recover approximately $1,438.50 per person (or 43% of the Net Settlement Amount); and Members of the Arbitration Subclass will recover approximately $725 per person (or 57% of the Net Settlement Amount) ("**Revised Payment Allocation**").

    b.    The Court **APPROVES** the amended Notice of Class Settlement ("**Amended Notice**") presented at the Conference, which includes the Revised Payment Allocation.

    c.    The Court also **APPROVES** the extension of the claims, opt-out, and objections deadline. Within **twenty-five days (25) days** of this Order, Class Members may submit claims forms, opt-out notifications, and objections in accordance with the Amended Notice.

    d.    In all other respects, the motion is denied.

2.    The Court continues to **PRELIMINARILY APPROVE** the parties' proposed settlement agreement (Doc. 210-1 ("**Agreement**")) in all other respects.

3.    Within **five (5) days** of this Order, the parties are **DIRECTED** to: (a) send the Amended Notice to potential Class Members; (b) send the Amended Notice to the appropriate federal and state officials pursuant to 18 U.S.C. § 1715(d); and (c) file with the Court a copy of the Amended

---

[1] Capitalized terms have the same meaning as those defined in the Agreement (*See* Doc. 210-1.)

       Notice provided at the Conference.

4. The Court **DIRECTS** that a Final Approval Hearing shall be scheduled for Thursday, **May 25, 2017**, **at 9 a.m.** to assist the Court in determining whether to grant final approval of the Agreement and enter Final Judgment, and whether Class Counsel's Fee Application, and request for Service Awards for Plaintiffs should be granted.

5. On or before Thursday, **May 11, 2017**, Plaintiffs are **DIRECTED** to file a motion for final approval. All responses, if any, shall be filed on or before Thursday, **May 18, 2017**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 7, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record